UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANNIE LANDRY** | **CIVIL ACTION** |
| **VERSUS** | **No. 23-2215** |
| **STATE FARM FIRE & CASUALTY COMPANY** | **SECTION I** |

## ORDER

Considering the joint stipulation[1] of dismissal with prejudice,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, February 7, 2024.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 11.